UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
KRISTY A. SAMS            }        CASE NO. 18-90848-BHL-13
    DEBTOR               }

## MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtor's Chapter 13 Plan. In support of this Motion, Counsel for the Debtor states as follows:

1. The Debtor is working with Freedom Mortgage Corporation on a pro se loan modification. The Debtor is delivering trial period payments to Freedom Mortgage Corporation in the amount of $773.78 direct for February, March and April, 2019 payments. The Debtor proposes to allow continuing modified mortgage payments in the amount of $773.78 per month to be paid inside of the plan commencing with the May, 2019 mortgage payment. The Debtor understands that a second Motion to Modify the plan maybe required at that time for the accurate modified mortgage payments. The arrearages will be cured in the final loan modification.

2. The Debtor proposes to allow an administrative claim held by Freedom Mortgage Corporation in the amount of $450.00 for proof of claim/attorney fees.

3. The Debtor proposes to surrender her interest in a 2000 Chrysler Sebring to Napoleon State Bank. The vehicle is no longer operational. The Debtor proposes to strike the secured claim filed by Napoleon State Bank.

4. The Debtor proposes to surrender her interest in a 2006 Chevrolet Trailblazer to OneMain Financial Services. The vehicle is no longer operational. The Debtor proposes to strike the secured claim filed by OneMain Financial Services.

5. The Debtor has received consent to purchase a replacement vehicle.

6. The Debtor proposes to cure any pending plan delinquency through and including February, 2019 by the reduction of the base amount of her plan after surrendering said vehicle.

WHEREFORE, the Debtor, by Counsel, requests the Court to modify her plan by decreasing her payments to $152.14 per month commencing in March, 2019 then will increase to $1,003.30 per month commencing in April, 2019.

Dated this 14th day of March, 2019.

KOEHLER LAW OFFICE

By: _____
Lloyd E. Koehler
Attorney No. 15669-98
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

_____
KRISTY A. SAMS

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of March, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 14th day of March, 2019 to all parties attached hereto:

_____
LLOYD E. KOEHLER

```
Label Matrix for local noticing        Ally Bank                              Ally Fincl
0756-4                                 PO Box 130424                          P.o. Box 380901
Case 18-90848-BHL-13                   Roseville, MN 55113-0004               Bloomington, MN 55438-0901
Southern District of Indiana
New Albany
Thu Mar 14 07:55:14 EDT 2019

Attorney General of the United States  Joseph M. Black Jr.                   CW Nexus Credit Card Holdings 1, LLC
U.S. Department of Justice              Office of Joseph M. Black, Jr.        Resurgent Capital Services
950 Pennsylvania Ave NW                 PO Box 846                            PO Box 10368
Washington, DC 20530-0001               Seymour, IN 47274-0846                Greenville, SC 29603-0368


(p)CAPITAL ONE                          Capital One Bank (USA), N.A.          Cb/buckle
PO BOX 30285                            PO Box 71083                          Po Box 182789
SALT LAKE CITY UT 84130-0285            Charlotte, NC 28272-1083              Columbus, OH 43218-2789


Cb/goodys                               Ccb/chldplce                          Coasttocoast
Po Box 182789                           Po Box 182120                         101 Hodencamp Rd Ste 120
Columbus, OH 43218-2789                 Columbus, OH 43218-2120               Thousand Oaks, CA 91360-5831


Creditonebnk                            David Sams                            Fedloan
Po Box 98875                            139 N Sycamore Street                 Po Box 60610
Las Vegas, NV 89193-8875                Osgood, IN 47037-1040                 Harrisburg, PA 17106-0610


Freedom Mortgage Corporation            Freedom Mtg                           Fst Premier
Bankruptcy Department                   10500 Kincaid Dr                      3820 N Louise Ave
10500 Kincaid Drive                     Fishers, IN 46037-9749                Sioux Falls, SD 57107-0145
Suite 300
Fishers, IN 46037-9764

I C System                              Lloyd Koehler                         Koehler Law Office
Po Box 64378                            400 Pearl St. Ste 200                 400 Pearl St, ste 200
Saint Paul, MN 55164-0378               New Albany, IN 47150-3451             New Albany, IN 47150-3451


LVNV Funding, LLC                       Merrick Bk                            Napoleon Bk
c/o Resurgent Capital Services          Po Box 9201                           8912 N Us 421
P.O. Box 10587                          Old Bethpage, NY 11804-9001           Napoleon, IN 47034
Greenville, SC 29603-0587


OneMain                                 Onemain                               Premier Bankcard, Llc
PO Box 3251                             Po Box 1010                           Jefferson Capital Systems LLC Assignee
Evansville, IN 47731-3251               Evansville, IN 47706-1010             Po Box 7999
                                                                              Saint Cloud Mn 56302-7999


Quantum3 Group LLC as agent for         Quantum3 Group LLC as agent for       Recmgmtpart
Comenity Bank                           Comenity Capital Bank                 1312 W Westridge Blvd
PO Box 788                              PO Box 788                            Greensburg, IN 47240-3251
Kirkland, WA 98083-0788                 Kirkland, WA 98083-0788
```

| | | |
|---|---|---|
| Rumpke Consolidated Companies, Inc.<br>10795 Hughes Road<br>Cincinati, OH 45251-4598 | SANTANDER CONSUMER USA, INC.<br>P.O. BOX 560284<br>DALLAS, TX 75356-0284 | Kristy A Sams<br>PO Box 501<br>Milan, IN 47031-0501 |
| Santander<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Molly Slutsky Simons<br>Sottile & Barile<br>394 Wards Corner Rd., Suite 180<br>Loveland, OH 45140-8362 | The Napoleon State Bank<br>P. O. Box 9<br>Napoleon, IN 47034-0009 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Freedom Mortgage Corporation

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40